UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Brian Wilson Jr,

                        Plaintiff,

            -against-                            **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al

                                                    16-CV- 373

                        Defendants. --

-------------------------------------------------------------x

I, Tyrin Torres, License # 2031267-DCA being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On January 25 2016, at approximately 2:43 P.M, I served the motion for order to show cause as well as plaintiff's executed 160.50 release in this matter on The City of New York by delivering a copy of same to Santana, a person of suitable age and discretion at defendant's actual place of business within the state, at 100 Church Street, New York, NY.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:
January 25, 2016

_____
Tyrin Torres

Sworn to me on 25th day
Of January 2016

_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018