ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: March 11, 2016  
START: 11:35 a.m.  
END: 12:15 pm

DOCKET NO: 16-CV-373 (FB)

CASE: Wilson, Jr. v. City of New York, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

**PLAINTIFF** — **ATTORNEY**: Ryan Lozar

**DEFENDANT** — **ATTORNEY**: Shira Siskind

- [x] FACT DISCOVERY TO BE COMPLETED BY September 12, 2016
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's settlement proposal by March 17, 2016.

If the case doesn't settle, automatic disclosures shall be completed by March 25, 2016.

Pleadings may be amended and new parties added until March 30, 2016. The filing of an amended complaint, with the proper date of arrest, is without prejudice to defendants' assertion of a statute of limitations defense.

Requests for a premotion conference are due by September 19, 2016.